UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SAHLEEM TINDLE, et al., | No. C 13-02449 JSW (LB) |
| Plaintiffs | **ORDER DIRECTING SUBMISSION OF SETTLEMENT CONFERENCE STATEMENTS** |
| v. | |
| CITY OF DALY CITY, et al., | |
| Defendants. | |

The deadline for the parties to submit their settlement conference statements has passed. *See* 12/10/2013 Clerk's Notice, ECF No. 26. The court has not received Plaintiffs' statements. Plaintiffs must submit the statements electronically by 2:00 p.m. PST today (Monday, March 17, 2014) to the court's proposed orders inbox at lbpo@cand.uscourts.gov or provide an explanation by telephone to 415-522-4660, or else the court will vacate the settlement conference. The court also reminds the parties about the clerk's notice issued on March 10, 2014 (ECF No. 30).

**IT IS SO ORDERED.**

Dated: March 17, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-02449 JSW (LB)
ORDER