UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF DALY CITY, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-02449-JD<br><br>**ORDER REQUIRING PERSONAL APPEARANCE OF PLAINTIFFS**<br><br>Re: Dkt. No. 33 |

　　　　Plaintiffs' counsel's Motion to Withdraw as Attorney for Plaintiffs is scheduled for a hearing on June 4, 2014 at 9:30 a.m.  In connection with the motion, the Court orders that the Plaintiffs, Yolanda Banks-Reed individually and as Guardian Ad Litem for minor R.R., Kevin Reed, Sahleem Tindle, and Ciara Turner individually and as Guardian Ad Litem for minor I.T. appear personally at the hearing in Courtroom 11 of the United States Courthouse, 450 Golden Gate Ave., San Francisco, California.  Counsel for Plaintiffs shall ensure that their clients receive timely notice of this Order.  Failure to appear at the hearing could result in sanctions or dismissal of the action with prejudice.

　　　　**IT IS SO ORDERED.**

Dated: April 28, 2014

_____
JAMES DONATO
United States District Judge