UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>          Plaintiffs,<br>     v.<br><br>CITY OF DALY CITY, et al.,<br><br>          Defendants. | Case No. 13-cv-02449-JD<br><br>**ORDER TO SHOW CAUSE** |

A case management conference was scheduled in this case for August 13, 2014 at 1:30 p.m. Plaintiffs, who are litigating this matter pro se, failed to appear. Counsel for defendants advises the Court that it has not had any contact or communications with plaintiffs for some time.

While the Court is mindful of plaintiffs' pro se status, they need to appear at court hearings and conferences, and prosecute their case. This case has not progressed at all since plaintiffs' attorney withdrew from representation. Plaintiffs are ordered to show cause why they failed to appear at the August 13, 2014 case management conference. The hearing on this order will be held on August 27, 2014 at 1:30 p.m. in Courtroom 11 on the 19th floor of the Courthouse at 450 Golden Gate Avenue in San Francisco. The Court sets another case management conference for that same time.

Plaintiffs are ordered to appear in person at the August 27, 2014, hearing and conference. At the hearing, they should be prepared to discuss with the Court how they would like to proceed.

1   Plaintiffs' continued failure to appear at court hearings or otherwise prosecute this action will
2   result in dismissal.
3   **IT IS SO ORDERED.**
4   Dated: August 13, 2014

_____
JAMES DONATO
United States District Judge