1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    SAHLEEM TINDLE, et al.,                    Case No.  13-cv-02449-JD

8

9                    Plaintiffs,

10         v.                                    **ORDER STAYING CASE**

11

12   CITY OF DALY CITY, et al.,

13

14                    Defendants.

15

16        This case is stayed 30 days while plaintiffs look for counsel to represent them.  Within 30

17   days, plaintiffs' counsel must file a notice of appearance or plaintiffs must file a statement that

18   they intend to prosecute this case pro se.  All case management dates are stayed for 30 days.  Mr.

19   Lacy, plaintiffs' prior counsel, is relieved of all duties and will be terminated as counsel in this

20   matter.

21        Plaintiffs should be aware that there is free legal assistance available to litigants without

22   lawyers in federal court.  Assistance at the Legal Help Center is available to anyone who is

23   representing him- or herself in a civil lawsuit in the San Francisco or Oakland divisions of the

24   United States District Court for the Northern District of California.  The Legal Help Center is

25   located in the federal courthouse in San Francisco: 450 Golden Gate Avenue, 15th Floor, Room

26   2796.  Assistance is provided by appointment only, and appointments are held in person at the

27   Legal Help Center.  A litigant may schedule an appointment by signing up in the appointment

28   book located on the table outside the door of the Center or by calling the Legal Help Center

United States District Court
Northern District of California

appointment line at 415-782-8982.  If plaintiffs elect to proceed pro se, they are encouraged to seek assistance from the Legal Help Center in prosecuting this action.

A further case management conference is scheduled for October 8, 2014 at 1:30 p.m.  The parties will file a joint case management conference statement by October 1, 2014 that proposes new case management dates in light of the delay that has resulted from plaintiffs' change in counsel.

**IT IS SO ORDERED.**

Dated: September 1, 2014

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

1
2
3
4                       UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    SAHLEEM TINDLE, et al.,                Case No.  13-cv-02449-JD

              Plaintiffs,
8
                                            **CERTIFICATE OF SERVICE**
9         v.

10   CITY OF DALY CITY, et al.,

11            Defendants.

12        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.
13

14        That on 9/2/2014, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
15   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.
16

17   Asale  Chandler
     58 A  Latona St.
18   SF, CA 94124

19   Ciara  Turner
     98 Blythdale
20   Apt B
     San Francisco, CA 94134
21
     Kevin  Reed
22   12500 Pattison Rd.
     Valley Springs, CA 95252
23
     Sahleem  Tindle
24   12500 Pattison Rd.
     Valley Springs, CA 95252
25
     Yolanda  Banks-Reed
26   12500 Pattison Rd.
     Valley Springs, CA 95252
27

28
                                              3

Dated: 9/2/2014

Richard W. Wieking
Clerk, United States District Court


By: _Lisa R. Clark_
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

United States District Court
Northern District of California