UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF DALY CITY, et al.,<br><br>          Defendants. | Case No.  13-cv-02449-JD<br><br>**ORDER REFERRING PLAINTIFFS TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

The plaintiffs having requested and being in need of counsel to assist them in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that the plaintiffs shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the Referral Form to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division, a notice of referral of the case pursuant to the Guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for:

   ☒   all purposes for the duration of the case
   ☐   the limited purpose of representing the litigant in the course of
       ☐   mediation
       ☐   early neutral evaluation
       ☐   settlement conference
       ☐   briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
       _____
       ☐   discovery as follows:
       _____
       _____
       ☐   other:
       _____
       _____

2. Upon being notified by the Project that an attorney has been located to represent plaintiffs, that attorney shall be appointed as counsel for plaintiffs in this matter for the scope of representation described above.  If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiffs in this action.

**IT IS SO ORDERED**.

Dated: November 21, 2014

_____
JAMES DONATO
United States District Judge