UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAHLEEM TINDLE, et al.,

          Plaintiffs,

    v.

CITY OF DALY CITY, et al.,

          Defendants.

Case No.  13-cv-02449-JD

**ORDER APPOINTING COUNSEL**

The Court is advised that Stephen Akerley of the law firm Dechert LLP has agreed to represent plaintiffs in this matter on a *pro bono* basis at the request of the Federal Pro Bono Project.  The Court welcomes and appoints Stephen Akerley, Dechert LLP, 2440 W El Camino Real Ste. 700, Mountain View, CA, 94040, as counsel for plaintiffs for all purposes for the duration of the case.

All proceedings in this action are stayed until four weeks from the date of this order. Counsel should familiarize themselves with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    **IT IS SO ORDERED**.

Dated:  December 8, 2014

_____

JAMES DONATO
United States District Judge