UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF DALY CITY, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-02449-JD<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 79 |

　　　The Court sets a case management conference in this case for Wednesday, March 4, 2015, at 1:30 p.m.

　　　**IT IS SO ORDERED**.

Dated: January 28, 2015

_____
JAMES DONATO
United States District Judge