UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAHLEEM TINDLE, et al.,

    Plaintiffs,

v.

CITY OF DALY CITY, et al.,

    Defendants.

Case No.  13-cv-02449-HSG

**ORDER SETTING CASE SCHEDULE**

A Case Management Conference in this action was held on March 12, 2015 before the undersigned. The following deadlines are set:

| Event | Deadline |
|---|---|
| Last Day to Complete Settlement Conference | June 10, 2015 (or such date thereafter that Magistrate Judge Beeler's schedule permits) |
| Close of Fact Discovery | September 11, 2015 |
| Last Day to Add New Parties to Complaint | September 25, 2015 |
| Expert Designations | October 23, 2015 |
| Close of Expert Discovery | December 18, 2015 |
| Last Day to File Dispositive Motions | February 5, 2016 |
| Pretrial Conference | April 26, 2016 |
| Trial | May 9, 2016 |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated:  March 18, 2015

                                                    Haywood S. Gilliam, Jr.
                                                  United States District Judge