UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAHLEEM TINDLE, et al.,

    Plaintiffs,

  v.

CITY OF DALY CITY, et al.,

    Defendants.

Case No. 13-cv-02449-HSG

**SCHEDULING ORDER**

Re: Dkt. No. 96

On August 6, 2015, the parties filed a stipulation and proposed order to extend fact discovery in this action. *See* Dkt. No. 96. The Court has considered that submission and adjusts the case schedule as follows:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | Oct. 9, 2015 |
| Last Day to Add New Parties to Complaint | Oct. 23, 2015 |
| Expert Designations | Nov. 6, 2015 |
| Close of Expert Discovery | Jan. 8, 2016 |
| Last Day to File Dispositive Motions | Feb. 5, 2016 |
| Pretrial Conference | Apr. 26, 2016 |
| Trial | May 9, 2016 |

**IT IS SO ORDERED.**

Dated: 8/7/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge