| | |
|---|---|
| 1 | STEPHEN J. AKERLEY (No. 160757) |
| | JEFFREY T. FISHER (No. 303712) |
| 2 | ADRIAN KWAN (No. 300032) |
| | VANDYA L. SWAMINATHAN (No. 287896) |
| 3 | DECHERT LLP |
| | 2440 W. El Camino Real, Suite 700 |
| 4 | Mountain View, California  94040-1499 |
| | Telephone:  650/813-4800 |
| 5 | Facsimile:  650/813-4848 |
| | stephen.akerley@dechert.com |
| 6 | jeffrey.fisher@dechert.com |
| | adrian.kwan@dechert.com |
| 7 | vandya.swaminathan@dechert.com |

*Counsel for Plaintiffs Sahleem Tindle et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAHLEEM TINDLE, et al., | Case No. 13-cv-02449-HSG |
| Plaintiffs, | **JOINT STIPULATED DISMISSAL WITH PREJUDICE OF CLAIMS OF MINOR I.T. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); ORDER** |
| v. | |
| CITY OF DALY CITY, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff I.T. and Defendants City of Daly City, Officer Shane Hart, and Officer Mario Busalacchi, through their respective counsel of record, hereby stipulate to the dismissal of all pending claims, counterclaims, and defenses in the above-captioned action with respect to Plaintiff I.T. **WITH PREJUDICE**.

This stipulation shall have no effect on the claims of any Plaintiff other than I.T.

| | |
|---|---|
| Dated: August 24, 2015 | Dated: August 24, 2015 |
| DECHERT LLP | HOWARD ROME MARTIN & RIDLEY LLP |
| By: /s/ Jeffrey Fisher<br>  Stephen J. Akerley<br>  Jeffrey T. Fisher<br>  Adrian Kwan<br>  Vandya Swaminathan<br>  DECHERT LLP<br>  2440 W. El Camino Real, Suite 700<br>  Mountain View, California 94040<br>  Telephone: (650) 813-4800<br>  stephen.akerley@dechert.com<br>  jeffrey.fisher@dechert.com<br>  adrian.kwan@dechert.com<br>  vandya.swaminathan@dechert.com | By: /s/ Ryan Kujawski<br>  Todd H. Master<br>  Ryan Kujawski<br>  HOWARD ROME MARTIN & RIDLEY LLP<br>  1775 Woodside Road, Suite 200<br>  Redwood City, California 94061-3436<br>  Telephone: (650) 365-7715<br>  tmaster@hrmrlaw.com<br>  rkujawski@hrmrlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

### FILER'S ATTESTATION

I attest that concurrence in the electronic filing of this document has been obtained from Defendants' counsel.

Dated: August 24, 2015

> By: /s/ Jeffrey Fisher
>   Jeffrey T. Fisher
>   DECHERT LLP
>   2440 W. El Camino Real, Suite 700
>   Mountain View, California 94040
>   Telephone: (650) 813-4800
>   jeffrey.fisher@dechert.com
>
> *Attorney for Plaintiffs*

**PURSUANT TO STIPULATION** on this 24th day of August, 2015, **IT IS SO ORDERED**.

*[Signature: Haywood S. Gilliam Jr.]*
HAYWOOD S. GILLIAM JR.
United States District Judge