UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DALY CITY, et al.,<br><br>Defendants. | Case No. 13-cv-02449-HSG (DMR)<br><br>**ORDER RE PARTIES' PROPOSED DEPOSITION SCHEDULE**<br><br>Re: Dkt. No. 122 |

The court has reviewed the parties' joint proposed deposition schedule. [Docket No. 122.] The court notes that the parties' proposed schedule extends through February 2, 2016 and that the discovery cut-off in this case was December 9, 2015. [Docket No. 110.]

The undersigned hereby approves the parties' joint proposed deposition schedule and directs the parties to submit a proposal for an extension for the fact discovery cut-off, along with an explanation and showing of good cause, for the consideration of the Honorable Haywood S. Gilliam, the presiding judge in this matter.

**IT IS SO ORDERED.**

Dated: December 18, 2015

_____
Donna M. Ryu
United States Magistrate Judge