UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DALY CITY, et al., <br><br> Defendants. | Case No.  13-cv-02449-HSG <br><br> **SCHEDULING ORDER** |

A Case Management Conference in this action was held on March 22, 2016 before the undersigned.  The following deadlines are set:

| Event | Deadline |
|---|---|
| Deadline to file motion for leave to file amended complaint | April 6, 2016 |
| Close of Fact Discovery | August 5, 2016 |
| Expert Designations | September 30, 2016 |
| Close of Expert Discovery | November 18, 2016 |
| Last Day to Hear Dispositive Motions | January 26, 2017 at 2:00 p.m. |
| Pretrial Conference | March 21, 2017 at 3:00 p.m. |
| Jury Trial | April 3, 2017 at 8:30 a.m. <br> 5 days |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated:  3/23/2016

HAYWOOD S. GILLIAM, JR. <br> United States District Judge