UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DALY CITY, et al., <br><br> Defendants. | Case No. 13-cv-02449-HSG <br><br> **ORDER GRANTING REQUEST FOR ELECTRONIC CASE FILING** <br><br> Re: Dkt. No. 140 |

Plaintiff Yolanda Banks-Reed has asked for the Court's leave to participate in Electronic Case Filing (ECF). Plaintiff Banks-Reed has filed a declaration stating that she is able to comply with all of the requirements for e-filing. Accordingly, the Court GRANTS her motion to participate in ECF.

In order to electronically file documents, Plaintiff must register as an e-filer. Plaintiff should read and comply with the Northern District of California's Civil Local Rule 5 (available on the Court's website <http://cand.uscourts.gov/localrules/civil#SERVICE>). Consistent with the undersigned's standing orders and the local rules, Plaintiff shall provide printed courtesy copies of documents she files via ECF. Copies must be delivered to the Clerk of the Court no later than noon on the business day after filing the document on ECF.

**IT IS SO ORDERED.**

Dated: 4/1/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge