# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al., <br> Plaintiffs, <br> v. <br> CITY OF DALY CITY, et al., <br> Defendants. | Case No. 13-cv-02449-HSG (DMR) <br><br> **ORDER TO SHOW CAUSE** |

At the March 22, 2016 case management conference before Judge Haywood S. Gilliam, Plaintiff Yolanda Banks-Reed agreed to accept service on behalf of all of the plaintiffs in the case, including Plaintiff Sahleem Tindle. March 22 H'rg Tr. [Docket No. 149] at 8:4-25. On April 1, 2016, Judge Gilliam granted Plaintiff Banks-Reed's request to participate in Electronic Case Filing and she is now an electronic filer. [Docket Nos. 140 and 141.] The undersigned therefore assumes that Ms. Banks-Reed is receiving electronic notice of court orders, and is communicating their contents to her co-Plaintiffs.

On June 3, 2016, the court ordered Plaintiff Tindle to file a letter by June 6, 2016 providing at least five available weekday dates for his deposition during the weeks of June 6, 2016 and June 13, 2016. [Docket No. 155 at 4.] Mr. Tindle has not done so.

//
//
//
//
//
//
//

<u>The court ORDERS Plaintiff Tindle to file a letter to the court by 9:00 a.m. on June 9, 2016 and explain his failure to respond to the court's June 3, 2016 Order. In addition, Plaintiff Tindle must simultaneously file his letter indicating at least three available weekday dates for his deposition during the week of June 13, 2016.</u> If Plaintiff Tindle does not respond by 9:00 a.m. on June 9, 2016, he may face sanctions.

**IT IS SO ORDERED.**

Dated: June 7, 2016

Donna M. Ryu
United States Magistrate Judge