UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF DALY CITY, et al.,<br><br>    Defendants. | Case No. 13-cv-02449-HSG (DMR)<br><br>**NOTICE AND ORDER SETTING HEARING ON DISCOVERY LETTERS**<br><br>Re: Dkt. Nos. 151, 160 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' letters regarding their discovery dispute. [Docket Nos. 151 and 160.] You are hereby notified that a hearing regarding the dispute is set for June 30, 2016 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars – Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

**IT IS SO ORDERED**.

Dated: June 15, 2016

_____
DONNA M. RYU
United States Magistrate Judge