# HOWARD ROME MARTIN & RIDLEY LLP

ATTORNEYS AT LAW

1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE: (650) 365-7715
FACSIMILE: (650) 364-5297

LOS ANGELES OFFICE
TELEPHONE: (213) 223-2279
www.hrmrlaw.com

SAN MATEO • LOS ANGELES

Shawn M. Ridley
Todd H. Master
Vanthara Meak‡
Jane B. Yee
Ryan Kujawski
Lisa K. Rauch
Rodrigo E. Salas

Of Counsel:
Joseph C. Howard, Jr.
Henry D. Rome
Eric D. Bergstrom

Glenn D. Martin§

‡ Also Licensed in Missouri
§ Retired

July 12, 2016

Honorable Donna Ryu
United States District Court
Northern District of California
Oakland Courthouse, Courtroom 4
1301 Clay Street, Third Floor
Oakland, CA 94612

   Re: *Tindle, et al. v. City of Daly City, et al.*
     Case No. 3:13-cv-13-02449 HSG

Dear Judge Ryu:

  Regrettably, defendants are currently unable to commit to dates certain for depositions at this time due to an uncertain trial calendar. As we informed the court last week, counsel for defendants was set to begin a three week trial in Southern California on July 11, 2016. Since our initial appearance we have been in discovery hearings and have been ordered to appear this Wednesday, July 13, 2016, for a further trial readiness conference and then again on Friday, July 15, 2016, in San Diego County Superior Court for trial call. This is a state court matter where preference has been granted pursuant to California Code of Civil Procedure 36. Pursuant to that code, the case cannot be continued any further. Unfortunately, we will not be able to commit to a date certain until we have been assigned to a trial courtroom and receive a trial schedule. At this time, defense counsel does not know if it will be available next week or in three weeks. Counsel for defendants has been diligent in pursuing plaintiffs' depositions and plaintiffs' repeated violations of discovery orders have unfairly prejudiced defendants in this matter. Defendants request this additional time for scheduling so that it can ensure that counsel will actually be available to take and defend the depositions.

**HOWARD ROME MARTIN & RIDLEY LLP**

**ATTORNEYS AT LAW**

Re: *Tindle, et al. v. City of Daly City, et al.*
July 12, 2016
Page 2

    Defendants respectfully request an additional week to be able to work with plaintiffs to create a deposition schedule for all depositions.   It also appears that, to no fault of defendants, it will be not be possible to complete all of the depositions prior to the close of discovery and we will likely need to seek an extension of that discovery deadlines.

    Thank you,

*/s/ Ryan Kujawski*
Todd H. Master
Ryan Kujawski
Howard Rome Martin & Ridley LLP
tmaster@hrmrlaw.com
rkujawski@hrmrlaw.com

*Counsel for Defendants Daly City, et al.*