UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF DALY CITY, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-02449-HSG   (DMR)<br><br>**ORDER RE: DEFENDANTS' REQUEST FOR AN EXTENSION TO SET THE DEPOSITION SCHEDULE**<br><br>Re: Dkt. No. 169 |

The court is in receipt of Defendants' request for a one-week extension to file the deposition schedule that was due today, July 12, 2016. [Docket No. 169.] The Defendants did not file a proposed order with this request. By 9:00 a.m. on July 13, 2016, the Defendants shall file a detailed proposed order setting forth their proposed process for setting the deposition schedule for this case, including a process for communicating directly with Plaintiff Sahleem Tindle to schedule his deposition.

**IT IS SO ORDERED.**

Dated: July 12, 2016

　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge