UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF DALY CITY, et al.,<br><br>    Defendants. | Case No. 13-cv-02449-HSG<br><br>[~~PROPOSED~~] ORDER RE PROPOSED PROCESS FOR SETTING DEPOSITION SCHEDULE |

IT IS HEREBY ORDERED that Defendants' request for additional time to meet and confer with plaintiffs to file a joint deposition schedule is GRANTED.

The parties have until July 19, 2016 to meet and confer and schedule deposition of parties in this matter.

Defendants have agreed and will communicate with plaintiff Shaleem Tindle via telephone and email in order to schedule his deposition.

**IT IS SO ORDERED.**

Dated: July __14__, 2016



_____
DONNA M. RYU
United States Magistrate Judge

1