UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF DALY CITY, et al.,<br><br>    Defendants. | Case No. 13-cv-02449-HSG   (DMR)<br><br>**ORDER RE: DEPOSITION SCHEDULE**<br><br>Re: Dkt. Nos. 173, 174 |

On July 19, 2016, the parties jointly filed a proposed deposition schedule for the depositions of Sahleem Tindle, Yolanda Banks-Reed, Rashida Reed, Kevin Reed, Ciara Turner, Mario Busalacchi, and Shane Hart to be taken between August 31, 2016 and September 8, 2016. Joint Proposed Deposition Schedule [Docket No. 174]. The parties acknowledge that their proposed schedule with depositions set goes beyond the August 5, 2016 close of fact discovery, set by the Hon. Haywood S. Gilliam, and stated that they would file a stipulated request allowing these depositions after the close of fact discovery. *Id.*; Scheduling Order [Docket No. 138]. No such stipulation has been filed.

The undersigned has conferred with Judge Gilliam and with his consent, hereby grants the parties permission to complete the depositions of the individuals identified in the parties' Joint Proposed Deposition Schedule [Docket No. 174] after the close of fact discovery with all depositions to be completed by September 8, 2016, as set forth in their Joint Proposed Schedule. The fact discovery deadline of August 5, 2016 remains in effect for all other discovery.

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
Donna M. Ryu
United States Magistrate Judge