UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DALY CITY, et al., <br><br> Defendants. | Case No. 13-cv-02449-HSG (DMR) <br><br> **ORDER RE: DEPOSITION SCHEDULE** <br><br> Re: Dkt. Nos. 173, 174, 176 |

The parties continue to have problems scheduling depositions in this case. The parties must immediately meet and confer and file an agreed upon deposition schedule with Tindle's deposition going first and with all depositions completed by September 8, 2016.

The parties shall file their agreed upon schedule with the court no later than Thursday, September 1, 2016 at noon. Failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

Dated: August 30, 2016

Donna M. Ryu
United States Magistrate Judge