UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAHLEEM TINDLE, et al.,

    Plaintiffs,

v.

CITY OF DALY CITY, et al.,

    Defendants.

Case No. 13-cv-02449-HSG   (DMR)

**ORDER SETTING HEARING**

Re: Dkt. Nos. 177, 178, 179

    The parties have failed to comply with the court's August 30, 2016 Order. [Docket No. 178.] The parties are hereby ordered to appear at a hearing on September 6, 2016 at 2:00 p.m. at the courthouse located at 1301 Clay Street, Oakland, California in Courtroom 4. All Plaintiffs (Sahleem Tindle, Yolanda Banks-Reed, Ciara Turner, and Kevin Reed) and Defendants' counsel must appear in person. All parties must bring their calendars with them and be prepared to agree on a deposition schedule. Failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

Dated: September 1, 2016

Donna M. Ryu
United States Magistrate Judge