UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DALY CITY, et al.,<br><br>Defendants. | Case No. 13-cv-02449-HSG   (DMR)<br><br>**ORDER DENYING REQUEST TO CONTINUE SEPTEMBER 6, 2016 HEARING**<br><br>Re: Dkt. No. 182 |

The court has received Defendants' request to continue the September 6, 2016 hearing. [Docket No. 182.] The court is not available on September 8, 2016, and this proceeding is not conducive to a telephonic appearance. Mr. Kujawski may send a colleague in his place, as long as his colleague has full authority to agree to deposition dates on Defendants' behalf. The person attending the hearing on behalf of Defendants shall be prepared to address whether or not Defendants attempted to move Tindle's August 31, 2016 deposition date to an earlier date.

The September 6, 2016 hearing at 2:00 p.m. remains on calendar. All Plaintiffs (Sahleem Tindle, Yolanda Banks-Reed, Ciara Turner, and Kevin Reed) and Defendants' counsel must appear in person. The parties must comply with the court's September 1, 2016 Order [Docket No. 181]. Failure to comply may result in sanctions.

**IT IS SO ORDERED.**

Dated: September 2, 2016

Donna M. Ryu
United States Magistrate Judge