UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAHLEEM TINDLE, et al.,

        Plaintiffs,

    v.

CITY OF DALY CITY, et al.,

        Defendants.

Case No.  13-cv-02449-HSG   (DMR)

**ORDER RE: DEPOSITION SCHEDULE**

Re: Dkt. Nos. 184, 189, 191

On September 15, 2016, Defendants notified that court that Plaintiff Sahleem Tindle failed to appear for his deposition set for September 15, 2016 at 10:00 a.m., as agreed to on September 6, 2016 and set per court order.  Defendants' Sept. 15, 2016 Letter [Docket No. 191]; Minute Order Sept. 6, 2016 [Docket No. 184].

The court will issue a separate order on Tindle's failure to appear for his deposition.

In the meantime, all other scheduled depositions shall go forward as scheduled.  Minute Order Sept. 6, 2016 [Docket No. 184]; Sept. 9, 2016 Letter [Docket No. 189].

**IT IS SO ORDERED.**

Dated: September 15, 2016

_____

Donna M. Ryu
United States Magistrate Judge