# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHLEEM TINDLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DALY CITY, et al.,<br><br>Defendants. | Case No. 13-cv-02449-HSG<br><br>**ORDER ON DEFENDANTS' MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE [CIVIL LOCAL RULE 16-2(D)]**<br><br>Re: Dkt. No. 199 |

Defendants City of Daly City, Officer Shane Hart, and Officer Mario Busalich (together, "Defendants") have filed a motion to amend the scheduling order. *See* Dkt. Nos. 199 (motion) & 138 (scheduling order). Defendants seek to continue the deadline to provide expert designations and seek to vacate the expert discovery cutoff date and the deadline to hear dispositive motions because of their pending motion for terminating sanctions. *See* Dkt. No. 195.

In light of Defendants' pending motion for terminating sanctions, the Court hereby **GRANTS** Defendants' motion to amend the scheduling order as follows: (1) the deadline for the parties to provide expert designations is **CONTINUED** to 60 days after the Court enters an order on Defendants' motion for terminating sanctions; and (2) the expert discovery cutoff date and the deadline to hear dispositive motions is **VACATED**.

**IT IS SO ORDERED.**

Dated: 10/5/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge